**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Chantel M Martin | Social Security number or ITIN   xxx–xx–7255 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–15380–JNP | |

# Order of Discharge                                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Chantel M Martin

6/30/17                                                                  **By the court:**   Jerrold N. Poslusny Jr.
                                                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318        **Order of Discharge**        page 2

```
                                 United States Bankruptcy Court
                                      District of New Jersey
In re:                                                                  Case No. 17-15380-JNP
Chantel M Martin                                                        Chapter 7
         Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 2                  Date Rcvd: Jun 30, 2017
                               Form ID: 318                Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 02, 2017.
db             #+Chantel M Martin,    53 Fredrick Blvd,    Woolwich Township, NJ 08085-4245
516710884      +AMCOL Systems, Inc.,     Amcol Systems, Inc.,    Po Box 21625,    Columbia, SC 29221-1625
516710887      +Bayview Loan Servicing,     c/o KML Law Group, PC,    216 Haddon Avenue,    Suite 406,
                 Collingswood, NJ 08108-2812
516710892     ++CREDIT ACCEPTANCE CORPORATION,     25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
               (address filed with court: Credit Acceptance Corporation,       25505 W 12 Mile Road,
                 Southfield, MI 48034)
516710888       Caliber Home Loans,    P.O. Box 270415,    Oklahoma City, OK 73137-0415
516710890      +Convergent Heathcare Recovery,     121 Ne Jefferson St,    Suite 100,   Peoria, IL 61602-1229
516710891      +Credit Acceptance,    25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
516710894       First Premier Bank,    601 S Minneapolis Ave,    Sioux Falls, SD 57104
516710895     #+James Martin,    53 Fredrick Blvd.,    Swedesboro, NJ 08085-4245
516710896      +Mid Am B&T Credit Card,     Po Box 68,   Ralla, MO 65402-0068
516710897      +SLS,   8742 Lucent Blvd,    Suite 300,    Littleton, CO 80129-2386
516710898       Virtua Health,    PO Box 7009,    Bellmawr, NJ 08099-7009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QBTHOMAS.COM Jun 30 2017 22:23:00     Brian Thomas,    Brian Thomas, Esq,
                 327 Central Avenue,    Suite 103,   Linwood, NJ 08221-2026
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 30 2017 22:42:10      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 30 2017 22:42:04      United States Trustee,
                 Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516710885      +EDI: ACBK.COM Jun 30 2017 22:23:00     American Credit Acceptance,    961 E Main St,
                 Spartanburg, SC 29302-2185
516710886      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 30 2017 22:42:37
                 Bayview Loan Servicing,    62516 Collection Center Drive,    Chicago, IL 60693-0625
516710889      +EDI: CAPITALONE.COM Jun 30 2017 22:23:00     Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
516710893      +EDI: RCSFNBMARIN.COM Jun 30 2017 22:23:00     Credit One Bank Na,    Po Box 98873,
                 Las Vegas, NV 89193-8873
                                                                                              TOTAL: 7

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Brian Thomas,    Brian Thomas, Esq,    327 Central Avenue,    Suite 103,   Linwood, NJ 08221-2026
                                                                                     TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 30, 2017 at the address(es) listed below:
              Andrew B. Finberg    on behalf of Debtor Chantel M Martin andy@sjbankruptcylaw.com,
               abfecf@gmail.com;r39848@notify.bestcase.com
              Brian Thomas    on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,
               bthomas@ecf.epiqsystems.com
              Brian  Thomas    brian@brianthomaslaw.com, bthomas@ecf.epiqsystems.com
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jun 30, 2017
                              Form ID: 318             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Denise E. Carlon    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
          PARTICIPATION TRUST dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
        U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                 TOTAL: 5